| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1: | Keisha Rochelle Clay <br> First Name   Middle Name   Last Name | | Social Security number or ITIN: xxx–xx–4699 <br> EIN: _ _ – _ _ _ _ _ _ _ | |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN: _ _ _ _ <br> EIN: _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of Minnesota | | Date case filed for chapter: 13   10/19/21 | |
| Case number: | 21–31776 – WJF | | | |

| You can receive court notices and orders by **email** instead of U.S. Mail via these **two options**: | **For creditors:** Register for Electronic Bankruptcy Noticing at **ebn.uscourts.gov**. | **For debtors:** Register for Debtor Electronic Bankruptcy Noticing (DeBN) at **www.mnb.uscourts.gov/debn** | DeBN |
|---|---|---|---|

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Keisha Rochelle Clay | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1690 Hwy 36 West Apt 225 <br> Roseville, MN 55113 | |
| 4. | **Debtor's attorney** <br> Name and address | Jeffrey J. Bursell <br> Solvent PLLC <br> 2223 5th St. <br> P.O. Box 10860 <br> St. Paul, MN 55110 | Contact phone 651–247–1973 <br><br> Email: bankruptcy@solventlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Gregory A Burrell <br> 100 South Fifth Street <br> Suite 480 <br> Minneapolis, MN 55402 | Contact phone: 612–479–6112 <br> Email: gab@ch13mn.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | 200 Warren E. Burger Federal Building and U.S. Courthouse <br> 316 N Robert St <br> St Paul, MN 55101 | Hours open: Monday – Friday 8:00AM to 4:30PM <br> Contact phone 651–848–1000 <br> Web address www.mnb.uscourts.gov <br><br> Date: 10/20/21 |

**For more information, see page 2**

Official Form 309I                   Notice of Chapter 13 Bankruptcy Case                   page 1

Debtor **Keisha Rochelle Clay** Case number **21–31776**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 17, 2021 at 09:20 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Video/teleconference *ONLY*, Contact trustee (see Section 5), for direction** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/16/22** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/28/21** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/17/22** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. Proofs of claim can be filed electronically on the court's website: www.mnb.uscourts.gov. No login or password is required. Alternatively, a Proof of Claim form may be obtained at the same website or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**12/21/21** at **10:30 AM** , Location: **Courtroom 2A, 2nd floor, 316 North Robert Street, St. Paul, MN 55101**<br>**Deadline to object to confirmation of the Chapter 13 Plan: 12/14/21**. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

District of Minnesota

In re:  Case No. 21-31776-WJF

Keisha Rochelle Clay  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-3      User: admin      Page 1 of 3

Date Rcvd: Oct 20, 2021      Form ID: 309I      Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keisha Rochelle Clay, 1690 Hwy 36 West Apt 225, Roseville, MN 55113-4012 |
| smg | + | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 62741161 | + | CASH STORE, 1901 GATEWAY DR STE 200, IRVING, TX 75038-2425 |
| 62741162 | + | CENTRAL CREDIT SERVICES, 9550 N REGENCY SQUARE BLVD, JACKSONVILLE, FL 32225-8169 |
| 62741163 | + | CENTRAL CREDIT SERVICES LLC, 9550 REGENCY SQUARE BLVD STE 500, JACKSONVILLE, FL 32225-8169 |
| 62741164 | + | COLLECTIONS RESOURCES, 2700 1ST STREET N STE 303, Saint Cloud, MN 56303-4583 |
| 62741159 | + | Caliber Collision Center, 2941 Lake Vista Dr, Lewisville, TX 75067-3801 |
| 62741167 | ++ | DIRECMANAGEMENT INC, 4320 DOWNTOWNER LOOP S, MOBILE AL 36609-5446 address filed with court:, DIRECMANAGEMENT INC, 4320 DOWNTOWNER LOOP S, MOBILE, AL 36609-0000 |
| 62741168 | + | EMERGENCY CARE CONSULTANTS, 8 OAK PARK DR, Bedford, MA 01730-1414 |
| 62741170 | | Get It Now, LLC, Attn: Bankruptcy/Customer Care 5501 Head, Plano, TX 75024 |
| 62741171 | + | HEALTH PARTNERS, PO BOX 1309, Minneapolis, MN 55440-1309 |
| 62741174 | + | Life Insurance Company of North America, PO Box 782447, Philadelphia, PA 19178-2447 |
| 62741176 | + | MIDWEST RADIOLOGY, PO BOX 812, Indianapolis, IN 46206-0812 |
| 62741178 | + | PARK DENTAL, 2200 COUNTY RD C W STE 2210, ROSEVILLE, MN 55113-2551 |
| 62741179 | + | PARK NICOLLET CLINIC, 3800 PARK NICOLLET BLVD, Minneapolis, MN 55416-2527 |
| 62741180 | + | PAYDAY AMERICA, 1715 RICE ST, Saint Paul, MN 55113-6802 |
| 62741181 | + | PPMNS, 2136 Ford Parkway, PMB 286, Saint Paul, MN 55116-1863 |
| 62741182 | + | PROGRESSIVE INSURANCE, PO BOX 6807, Cleveland, OH 44101-1807 |
| 62741183 | + | RADIUS GLOBAL SOLUTIONS LLC, 7831 GLENROY RD STE 250A, MINNEAPOLIS, MN 55439-3132 |
| 62741184 | + | RAMSEY COUNTY, 15 W KELLOGG BLVD RM 130, Saint Paul, MN 55102-1613 |
| 62741187 | + | RIVERVIEW LAW OFFICE PLLC, PO BOX 570, 225 N BENTON DR STE 209, SAUK RAPIDS, MN 56379-1574 |
| 62741186 | + | Revco Solutions, PO Box 2589, Columbus, OH 43216-2589 |
| 62741190 | + | ST JOHNS HOSPITAL, 1575 BEAM AVENUE, Saint Paul, MN 55109-1169 |
| 62741189 | + | Solvent PLLC, 2223 5th Street, PO Box 10860, Saint Paul, MN 55110-0860 |
| 62741191 | | TATE & KIRLIN ASSOCIATES, 580 MIDDLETOWN BLVD STE D240, LANGHORNE, PA 19047-1876 |
| 62741195 | | USDOE/GLELSI, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |
| 62741198 | + | Waypoint Resource Group, 301 Sundance Parkway, Round Rock, TX 78681-8004 |
| 62741199 | + | Wells Fargo Dealer Services, Attn: Bankruptcy 1100 Corporate Center D, Raleigh, NC 27607-5066 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bankruptcy@solventlaw.com | Oct 20 2021 21:08:00 | Jeffrey J. Bursell, Solvent PLLC, 2223 5th St., P.O. Box 10860, St. Paul, MN 55110 |
| tr | + | Email/Text: bnc@ch13mn.com | Oct 20 2021 21:08:00 | Gregory A Burrell, 100 South Fifth Street, Suite 480, Minneapolis, MN 55402-1250 |
| smg | + | EDI: MINNDEPREV.COM | Oct 21 2021 01:08:00 | Minnesota Department of Revenue, Bankruptcy Section, PO Box 64447, St Paul, MN 55164-0447 |
| ust | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Oct 20 2021 21:08:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 62741157 | + | Email/Text: documents@apellesnow.com | Oct 20 2021 21:08:00 | APELLES, 3700 CORPORATE DR STE 240, |

Case 21-31776   Doc 8   Filed 10/22/21   Entered 10/23/21 23:31:14   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0864-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: 309I | Total Noticed: 48 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | COLUMBUS, OH 43231-5001 |
| 62741158 | + | EDI: APPLIEDBANK.COM | Oct 21 2021 01:08:00 | Applied Bank, Attn: Bankruptcy Dept, PO Box 17125, Wilmington, DE 19850-7125 |
| 62741165 | | EDI: COMCASTCBLCENT | Oct 21 2021 01:08:00 | COMCAST, 10 RIVER PLACE, Saint Paul, MN 55107-0000 |
| 62741166 | + | EDI: CCS.COM | Oct 21 2021 01:08:00 | CREDIT COLLECTION SERVICES, 725 CANTON ST, NORWOOD, MA 02062-2679 |
| 62741160 | | EDI: CAPITALONE.COM | Oct 21 2021 01:08:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 62741167 | | Email/Text: bankruptcynotices@direcmanagement.com | Oct 20 2021 21:08:00 | DIRECMANAGEMENT INC, 4320 DOWNTOWNER LOOP S, MOBILE, AL 36609-0000 |
| 62741169 | | EDI: AMINFOFP.COM | Oct 21 2021 01:08:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 62741172 | | EDI: JEFFERSONCAP.COM | Oct 21 2021 01:08:00 | JEFFERSON CAPITAL SYSTEMS LLC, 16 MCLELAND RD, SAINT CLOUD, MN 56303-0000 |
| 62741175 | + | EDI: MID8.COM | Oct 21 2021 01:08:00 | MIDLAND FUNDING LLC, 2365 NORTHSIDE DR STE 300, San Diego, CA 92108-2709 |
| 62741177 | | EDI: NAVIENTFKASMSERV.COM | Oct 21 2021 01:08:00 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barre, PA 18773-9640 |
| 62741185 | + | Email/Text: bankruptcynotices@healthpartners.com | Oct 20 2021 21:08:00 | REGIONS HOSPITAL, MAIL STOP 12403A, 640 JACKSON ST, Saint Paul, MN 55101-2502 |
| 62741188 | + | Email/Text: Bankruptcy.Noticing@Security-Finance.com | Oct 20 2021 21:08:00 | Security Finance, Attn: Bankruptcy, PO Box 1893, Spartanburg, SC 29304-1893 |
| 62741192 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 20 2021 21:08:00 | TRANSWORLD SYSTEMS INC, 500 VIRGINIA DR STE 514, FORT WASHINGTON, PA 19034-2733 |
| 62741193 | + | Email/Text: info@unifinrs.com | Oct 20 2021 21:08:00 | UNIFIN INC, PO BOX 4519, SKOKIE, IL 60076-4519 |
| 62741194 | | EDI: USBANKARS.COM | Oct 21 2021 01:08:00 | US BANK, 4801 FREDERICA ST, Owensboro, KY 42301-0000 |
| 62741196 | + | Email/Text: webadmin@vhllc.co | Oct 20 2021 21:08:00 | VANCE & HUFFMAN LLC, 55 MONTETTE PARKWAY STE 100, SMITHFIELD, VA 23430-2577 |
| 62741197 | + | EDI: VERIZONCOMB.COM | Oct 21 2021 01:08:00 | VERIZON WIRELESS, PO BOX 4002, ACWORTH, GA 30101-9003 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | *+ | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 62741173 | *+ | Keisha Rochelle Clay, 1690 Hwy 36 West Apt 225, Roseville, MN 55113-4012 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0864-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 20, 2021 | Form ID: 309I | Total Noticed: 48 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:**

**Name**            **Email Address**

Gregory A Burrell

cmecfjzkmn@ch13mn.com

Jeffrey J. Bursell

on behalf of Debtor 1 Keisha Rochelle Clay bankruptcy@solventlaw.com jeff@solventlaw.com;solventpllc@jubileebk.net

US Trustee

ustpregion12.mn.ecf@usdoj.gov

TOTAL: 3